**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1289 MJD/RLE**

| | |
|---|---|
| Michelle Hoppe,<br><br>Plaintiff,<br>v.<br><br>Bonded Collections of St. Cloud, Inc.,<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the above captioned parties and their respective attorneys, that the above-entitled action against the Defendant, Bonded Collections, shall be and hereby is dismissed, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), with prejudice, without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

Dated: 2/27/2001

By: ______________________
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 0266577
1560 Beam Avenue
Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

**WALZ LAW OFFICES**

Dated: 2-1-200

By: ______________________
Gregory S. Walz, Esq.
Attorney for Defendant
Attorney I.D. #: 183891
26 North Seventh Avenue North
P.O. Box 1794
St. Cloud, Minnesota 56302
Telephone: (320) 251-5000

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

MAR 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 13 2001
DEPUTY CLERK

Hoppe v. Bonded Collections of St. Cloud 00-1289

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff's action against the Defendant is hereby Dismissed With Prejudice on the merits, without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 4-13-01

Honorable Judge Michael J. Davis
United States District Court